UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEVARON HARVELL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:08CV00528 ERW |
| ) | |
| STEVE LARKINS, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that this case is referred to United States Magistrate Judge Terry I. Adelman, pursuant to 28 U.S.C. §636(b)(1), for a report and recommendation on dispositive matters and for rulings on non-dispositive matters. All documents hereinafter filed in this case shall include the following case number: 4:08-CV-528 ERW/TIA.

**IT IS FURTHER ORDER** that the Clerk shall docket this petition as <u>Devaron Harvell v. Steve Larkins</u>.[1]

So Ordered this 1st Day of May, 2008.

_____
 E. RICHARD WEBBER
 UNITED STATES DISTRICT JUDGE

---

[1] Petitioner has named as respondent the State of Missouri. The proper respondent for a prisoner currently in custody pursuant to a state judgment is the state officer having custody of the applicant. <u>See</u> 28 U.S.C. § 2254, Rule 2(a). Steve Larkins, Superintendent of the Eastern Reception, Diagnostic and Correctional Center, is the proper respondent.